**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 16-6269**

—————————

NORMAN KEVIN WILKERSON,

Plaintiff - Appellant,

v.

COUNTY OF CHESTERFIELD; CHESTERFIELD POLICE DEPARTMENT; CHESTERFIELD COUNTY COMMONWEALTH ATTORNEY OFFICE; CHESTERFIELD COUNTY ATTORNEY OFFICE; WILLIAM DAVENPORT, Commonwealth Attorney; THOMAS MCKENNA, Assistant Commonwealth Attorney; LURA KHAWAYA, Prosecution Attorney; BARBARA COOKE, Assistant Commonwealth Attorney; CHRIS HUMPHRIES, Detective; THOMAS KLINE, Detective; SHANNON L. TAYLOR; THIERRY DUPUS, Chief of the Chesterfield County Police Department; TIMOTHY RING, Captain of the Chesterfield County Police Department; RUBEN GREEN; RYAN SPELTZ; JAMES BODIE; STEVEN L. MICAS, Chesterfield County Attorney,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, Chief District Judge. (2:15-cv-00531-RBS-DEM)

—————————

Submitted: July 27, 2016          Decided: August 19, 2016

—————————

Before KEENAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Norman Kevin Wilkerson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Norman Kevin Wilkerson appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012) and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Wilkerson v. Cty. of Chesterfield, No. 2:15-cv-00531-RBS-DEM (E.D. Va. Feb. 23, 2016; Jan. 28, 2016). We deny Wilkerson's pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED